# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 11-57318 |
| | : | Chapter 7 (Judge Caldwell) |
| **Kit Christopher Donald St. Clair** | : | SSN: xxx-xx-6172 |
| **Robin Elaine St. Clair** | : | SSN: xxx-xx-4311 |
| 5880 CR 109 | : | |
| Mt. Gilead, Ohio 43338 | : | |
| | : | |
| | : | |
| | : | |
| Debtors. | : | |

## NOTICE OF PROPOSED PRIVATE SALE

PLEASE TAKE NOTICE that Susan L. Rhiel, Trustee herein, whose address is 394 East Town Street, Columbus, Ohio 43215, proposes to sell the following property of the within estate to the buyer named herein for the price and on the terms and conditions set forth below:

**Date of Sale:** On or after 21 days from the date of the mailing of this Notice

**General Description of Property:** Debtor Kit Christopher Donald St. Clair's one-half remainder interest in the real property located at 624 South Street, Galion, Ohio 44833

**Buyer:** Annette Donna Lester, Debtor's sister

**Price:** $12,424.79

**Basis for Suggested Price:** Valuation of remainder interest based upon American Experience Table

**Terms and Conditions**: The purchase price will be payable in a lump sum payment after the expiration of the 21 day period.

PLEASE TAKE FURTHER NOTICE that the Trustee may proceed with the proposed sale unless, within twenty-one days from the date of this Notice:

(1) a party-in-interest files a written Objection, stating the grounds for opposition and also files a Request for Hearing with the Court and serves a copy thereof on the Trustee, the Debtors, and counsel for the Debtors; OR

(2) an entity files a notice of offer to purchase the property and a request for a hearing with this Court and serves a copy thereof on the Trustee and the Debtors.

Date: <u>October 4, 2011</u>　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**RHIEL & ASSOCIATES CO., LPA**

　　　　　　　　　　　　　　　　　　　　<u>/s/ Susan L. Rhiel</u>
　　　　　　　　　　　　　　　　　　　　Susan L. Rhiel (0034533)
　　　　　　　　　　　　　　　　　　　　Treisa L. Fox (0085264)
　　　　　　　　　　　　　　　　　　　　394 East Town Street
　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　　Telephone: (614) 221-4670
　　　　　　　　　　　　　　　　　　　　Facsimile:  (614) 232-9306
　　　　　　　　　　　　　　　　　　　　Attorneys for the Trustee


## **CERTIFICATE OF SERVICE**

　　　The undersigned hereby certifies that a copy of the foregoing was served upon all persons on the attached list via regular mail, postage prepaid, this 4th day of October 2011.

　　　　　　　　　　　　　　　　　　　　<u>/s/ Susan L. Rhiel</u>
　　　　　　　　　　　　　　　　　　　　Susan L. Rhiel